UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTISS and JENNIFER CURTISS,<br><br>Plaintiffs,<br><br>v.<br><br>SN SERVICING CORPORATION, et al.,<br><br>Defendants. | No. 2:23-cv-2455-KJM-SCR<br><br>ORDER TO SHOW CAUSE |

  Plaintiffs are proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). This action commenced in this Court on October 23, 2023, when Defendants filed a Notice of Removal. ECF No. 1. At that time, Plaintiffs were represented by counsel. Defendants moved to dismiss the Complaint on November 7, 2023. ECF No. 4. On December 11, 2023, this Court issued an Order to Show Cause noting that Plaintiffs had failed to respond to the motion to dismiss and directing Plaintiffs' counsel to show cause why the action should not be dismissed for lack of prosecution. ECF No. 11. Thereafter Plaintiffs' counsel sought to withdraw as counsel, and the Court granted the request. ECF No. 20. The order allowing counsel to withdraw also directed Plaintiffs that: "Within fourteen days of being served with this order plaintiffs shall file a statement addressing whether they intend to continue in this action pro se or retain new counsel." ECF No. 20 at 3.

Plaintiffs did not respond to the Court's order and appear to have taken no further action to prosecute this matter. Accordingly,

IT IS HEREBY ORDERED that **Plaintiffs shall show cause, in writing, within 14 days**, why this Court should not recommend that this case be dismissed for failure to prosecute and for failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41 and Local Rule 110. **If Plaintiffs fail to respond, the Court will recommend dismissal of this case.** SO ORDERED.

DATED: September 9, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE