UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTISS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SN SERVICING CORPORATION, et al.,<br><br>Defendants. | No. 2:23-cv-02455-DC-SCR (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 25) |

Plaintiffs Robert Curtiss and Jennifer Curtiss are proceeding *pro se* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 1, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to Plaintiffs' failure to prosecute and failure to comply with court orders. (Doc. No. 25.) In particular, on April 30, 2024, the court issued an order directing Plaintiffs to "file a statement addressing whether they intend to continue to proceed in this action pro se or retain new counsel," within fourteen days of being served with that order, and Plaintiffs did not do so. (Doc. No. 20.) As a result of Plaintiffs' failure to comply with that order, on September 9, 2024, the court issued an order to Plaintiffs to show cause why this case should not be dismissed due to their failure to prosecute and failure to comply with a court order. (Doc. No. 23.) Plaintiffs did not respond to

that order to show cause or otherwise communicate with the court. The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 25 at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on November 1, 2024 (Doc. No. 25) are adopted in full;

2. This action is dismissed, without prejudice, due to Plaintiffs' failure to prosecute this action and failure to comply with court orders; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 4, 2024**

Dena Coggins
United States District Judge

2