## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                    **JUDGMENT IN A CIVIL CASE**

**ROBERT CURTISS, ET AL.,**

                                    CASE NO: **2:23–CV–02455–DC–SCR**

      v.

**SN SERVICING CORPORATION, ET AL.,**

 

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/5/2024**

                                            **Keith Holland**
                                            Clerk of Court

ENTERED: **December 5, 2024**

                            by: /s/ R. Becknal
                                     Deputy Clerk